**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01568-VAP (DTBx)                              Date:  May 23, 2014

Title:   UNITED STATES OF AMERICA -v- CAROL ANN FERRARO
=================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

  None                                          None

PROCEEDINGS:      ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE
                              TO PROSECUTE (IN CHAMBERS)

     On September 4, 2013, the Court granted the Government's Ex Parte Application for Order Sealing Application for Writ of Garnishment and issued the Application for Writ of Continuing Garnishment against Defendant Carol Ann Ferraro.  (Doc. Nos. 1-4.)  On October 21, 2013, the Government filed a Notice of Answer of Garnishee, stating that Garnishee Citibank had no open account to levy in Defendant's name.  Since that time, the Government has failed to prosecute this action.

MINUTES FORM 11                                 Initials of Deputy Clerk _md/wr____
CIVIL -- GEN                                     Page 1

**EDCV 13-00256-VAP (SPx)**
**KAILYN PATTI, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, JOANNE PATTI v. RANDALL NELSON SMALLCANYON, et al.**
**MINUTE ORDER of May 23, 2014**

      Accordingly, the Court ORDERS the Government to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

      **IT IS SO ORDERED.**

MINUTES FORM 11                                   Initials of Deputy Clerk _md/wr____
CIVIL -- GEN                                           Page 2